

July 6, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 8:56:13 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE SUSAN BROWN
185TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TEXAS

Defendant's Name: CHRISTOPHER HOUSTON GARCIA

Cause No: 1439708

Court: 185TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 06/11/2015
**Sentence Imposed Date:** 06/02/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

**FILED**
Chris Daniel
District Clerk

JUN 11 2015

Time: _____
Harris County, Texas

By_____
Deputy

Cause No. 1439708

State of Texas      In the 185ᵗʰ Court
     v      of
Christopher Garcia      Harris County,
     Texas

Notice of Appeal - Guilty Plea

To The Honorable Judge of said Court:

Comes now Christopher Garcia defendant in the above entitled and numbered cause, and within 30 days of sentencing, files this notice of appeal from his plea of guilty in Cause No. 1439708

Defendant acknowledges that the plea in the above entitled and numbered cause was entered pursuant of the provisions of Article 1.15 of the Code of Criminal Procedure, and that the punishment assessed does not exceed that recommended by the prosecutor and agreed to by the defendant and his attorney, but further shows the court that the arresting officer falsified government documents, and I was

misrepresented by my attorney that matter being raised in the appeal of this conviction were all raised by written pretrial motion and ruled upon prior to trial. Thus, defendant tenders this notice as evidence of his desire to appeal the conviction in Cause No. 1439708

Respectfully Submitted
Christopher Garcia/Chris Garcia
Defendant

I Christopher Garcia #01836532 being presently incarcerated in Harris County Jail, in Harris County, Texas, declare under penalty of perjury that he for going is true and correct.

Executed on 6-4-2015 signature
Chris Garcia

On this the ___ day of June 2015 came to be heard by me the Defendants Notice of Appeal and it appears to this Court that this motion should be.

995

Granted _____
Denied ✓ _____,
and it is so
ordered JUN 2 5 2015

Judge Presiding

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Armando Garcia

SPN: 01832532   Cell: 3F

Street: 1200 Baker St

Houston, Texas 77002

INDIGENT

77C0023$1900

HCSO

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W
0001374179  JUN. 05. 2015

$ 000.48⁵



District Court 185ᵗʰ
1201 Franklin
Houston, Tx 77002



Cause No. 1439708



THE STATE OF TEXAS

v. Christopher Houston Garcia

_____, Defendant

IN THE 185 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐     is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐     is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐     is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☒     is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐     the defendant has waived the right of appeal.

_____
Judge

JUN 0 2 2015
6-2.15
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk
JUN 0 2 2015
Time:_____
Harris County, Texas
By_____ Deputy

State Bar of Texas ID number: 1791602

Mailing Address: 5803 Lp

Telephone number: 281/391-2141

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

Cause No. 1439708

| STATE OF TEXAS | § | IN THE 185 DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| Christopher Houston Garcia | § | OF HARRIS COUNTY, TEXAS |
| **Defendant** | § | |

## ADVICE OF DEFENDANT'S RIGHT TO APPEAL

**The Court, pursuant to Tex. R. App. P. 25.2, advises the Defendant as follows:**

1. Texas law gives a defendant convicted of a crime the right to appeal his conviction.

2. If you **pleaded guilty** or **no contest** and accepted the punishment recommended by the prosecutor, however, you **cannot** appeal your conviction unless the Court gives you permission. If you **waived** or gave up your right to appeal, you **cannot** appeal your conviction.

3. If you did not plead guilty, you may have the right to appeal. If you want to appeal, you must give notice of appeal **in writing** to this Court's clerk within **30 days**.

4. If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address. You must tell your attorney in writing of any **change in your address**.

5. If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review in the Court of Criminal Appeals within **30 days** of the issuance of the opinion by the court of appeals. If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review.

**The Defendant declares the following to the Court** (choose one):

1. ☐ I read and write English. I have read and I understand this document. _C.G._ (Defendant initial here if true); or

2. ☐ I speak English. _____ (name reader) read this document to me. I understand its contents. _____(Defendant initial here if true); or

3. ☐ I do not speak English. _____ (name translator) translated this document for me. I understand its contents. _____(Defendant initial here if true).

X _Chris Garcia_
Defendant's signature
Sworn to and subscribed before me on _JUN 02 2015 6.2.15_

_____
Harris County Deputy District Clerk

_____
**PRESIDING JUDGE**
District Court
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

JUN 02 2015

Time:_____
Harris County, Texas

By_____
Deputy

Revised 5/2/12

**CLERK**

# APPEAL CARD

Court 185 Due: 8-1-15    1st

Cause No. 1439708

## The State of Texas

### Vs

CHRISTOPHER HOUSTON GARCIA

Date Notice
Of Appeal: 6-2-15   6|11|15

Presentation:    Vol._____ Pg._____

Judgment:    Vol._____ Pg._____

Judge Presiding SUSAN BROWN
Court Reporter N/A
Court Reporter_____
Court Reporter_____

Attorney
on Trial Robert Scott

Attorney
on Appeal ⊖

Appointed_____ Hired_____

Offense Del CS PG I 4 - 200 gms

Jury Trial:    Yes_____ No X

Punishment
Assessed 10 yrs TDC

Companion Cases REI ND
(If Known) 1435800/1414515

Amount of
Appeal Bond N/A

Appellant
Confined:    Yes X No_____

Date Submitted
To Appeal Section 6-26-45

Deputy Clerk _____ CZEPINSKI

APPT.

Notice of Appeal Card Rev. 9/84